UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Ronda Walker | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:15cv339 UNA |
| | ) | |
| Progressive Direct Insurance Company | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on February 23, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:15cv00033.

**IT IS FURTHER ORDERED** that cause number 4:15cv339 UNA be administratively closed

Gregory J. Linhares
CLERK OF COURT

Dated: February 24, 2015          By: Katie Spurgeon, Deputy in Charge

**In all future documents filed with the Court, please use the following case number 1:15cv00033 SNLJ.**